UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------X
BRACHA EISEN, on behalf of herself and all others similarly situated,

                      Plaintiffs,

            v.

ENHANCED RECOVERY COMPANY, LLC

                      Defendant.
---------------------------------------------X

Case No.:1:18-cv-05657-ENV-RER

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, BRACHA EISEN, and Defendant, ENHANCED RECOVERY COMPANY, LLC, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is voluntarily dismissed with prejudice as to all claims brought by Plaintiff in her individual capacity against Defendant in this matter, and without prejudice as to the members of the putative class.

**SMITH, GAMBRELL & RUSSELL, LLP**       **ADAM J. FISHBEIN P.C.**

*/s/ Scott S. Gallagher*                             */s/ Adam J. Fishbein*
Scott S. Gallagher                                 Adam J. Fishbein
50 North Laura Street, Suite 2600        735 Central Avenue
Jacksonville, Florida 32202                Woodmere, New York 11598
Phone: (904) 598-6111                    Phone: (516) 668-6945
Fax: (904) 598-6211                        Email: fishbeinadamj@gmail.com
Email: sgallagher@sgrlaw.com            *Attorneys for Plaintiff*
*Admitted Pro Hac Vice*

and



Nicole Haff
1301 Avenue of the Americas, 21st Floor
New York, New York 10019
Phone: (212) 907-9700
Fax: (212) 907-9800
Email: nhaff@sgrlaw.com

*Attorneys for Defendant*

The Clerk of Court is directed to close this case.

**Application Granted**
**SO ORDERED**
Brooklyn, New York
Dated: 2/4/19

/s/ USDJ ERIC N. VITALIANO
Eric N Vitaliano
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Adam J. Fishbein
Adam J. Fishbein, P.C.
735 Central Avenue
Woodmere, NY 11598
Tel: (516) 668-6945
Email: fishbeinadamj@gmail.com

/s/ Scott S. Gallagher
Attorney